1  BRENDAN V. SULLIVAN, JR.
   JOHN G. KESTER
2  GILBERT O. GREENMAN
   WILLIAMS & CONNOLLY LLP
3  725 Twelfth Street, N.W.
   Washington, D.C. 20005
4  Tel.: (202) 434-5000
   Fax:  (202) 434-5029
5  jkester@wc.com
   ggreenman@wc.com
6
   Attorneys for Sprint Nextel Corp.,
7  Sprint Communications Co. L.P.,
   Sprint Spectrum L.P. and
8  Nextel West Corp.

9

10                      IN THE

11            UNITED STATES DISTRICT COURT

12       FOR THE NORTHERN DISTRICT OF CALIFORNIA

13              -- San Francisco Division --

14  _____
                                    )
15  In re:                          )  MDL Dkt. No. 06-1791-VRW
                                    )
16  NATIONAL SECURITY AGENCY        )  STIPULATION AND [PROPOSED] ORDER
    TELECOMMUNICATIONS RECORDS      )  TO STAY CASES AGAINST SPRINT
17  LITIGATION                      )
                                    )
18  This document relates to:       )  [Civil L.R. 6-2, 7-1(a)(5), 7-12]
                                    )
19  Nos. C-06-6222-VRW;             )  Courtroom: 6, 17th Floor
         C-06-6224-VRW;             )  Judge:     Hon. Vaughn R. Walker
20       C-06-6254-VRW;             )
         C-06-6295-VRW;             )
21       C-07-0464-VRW              )
                                    )
22  _____)

23

24

25

26

27

28

                           Stipulation To Stay Cases Against Sprint
                                      MDL Dkt. No. 06-1791-VRW

STIPULATION

In furtherance of judicial economy and to avoid potentially unnecessary expense, the undersigned counsel for and on behalf of the entities named below wish to stay all proceedings against the Sprint entities pending determination of appellate review in Hepting v. AT&T Corp., No. C-06-672-VRW, currently pending on appeal to the United States Court of Appeals for the Ninth Circuit.

Interim class counsel for the Sprint Subscriber Class plaintiffs and counsel for the Sprint defendants[*/] hereby stipulate as follows:

1. All proceedings against the Sprint defendants shall be stayed until the United States Court of Appeals for the Ninth Circuit issues its ruling on review of the July 20, 2006, order of this Court in Hepting v. AT&T Corp., No. C-06-672-VRW.

2. This stay shall encompass any proceedings pending herein against the Sprint defendants, or transferred by the Judicial Panel on Multidistrict Litigation to this Court and consolidated with this MDL, No. 06-1791-VRW, subsequent to the entry of this Stipulation. The following cases filed against the Sprint defendants have been transferred to this Court:

    C-06-6222-VRW;
    C-06-6224-VRW;
    C-06-6254-VRW;
    C-06-6295-VRW;
    C-07-0464-VRW.

---

[*/] The Sprint defendants are Sprint Nextel Corp., Sprint Communications Co. L.P., Sprint Spectrum L.P. and Nextel West Corp. and as used herein include any entities related to them.

- 2 -
Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW

3. This stay shall not apply to any MDL proceedings against entities other than the Sprint defendants.

4. This stay shall not otherwise alter the substantive and other procedural rights of the Sprint defendants or of the subscribers who have filed complaints against the Sprint defendants.

5. The Sprint defendants are not required to file any response to any complaint against them until sixty (60) days after the expiration of this stay.

```
                              GARY E. MASON
                              NICHOLAS A. MIGLIACCIO

                                THE MASON LAW FIRM, PC
                                1225 19th Street, N.W., Ste. 500
                                Washington, D.C. 20036
                                Tel.: (202) 429-2290
                                Fax:  (202) 429-2294

                              By  /s/ Gary E. Mason per G.O. 45

                              JOHN C. WHITFIELD

                                WHITFIELD & COX, PSC
                                29 East Center Street
                                Madisonville, KY 42431
                                Tel.: (270) 821-0656
                                Fax:  (270) 825-1163

                              By   /s/ John C. Whitfield per G.O. 45

                              Interim Class Counsel for Sprint
                                Subscriber Class

                              BRENDAN V. SULLIVAN, JR.
                              JOHN G. KESTER
                              GILBERT O. GREENMAN

                                WILLIAMS & CONNOLLY LLP
                                725 Twelfth Street, N.W.
                                Washington, D.C. 20005
                                Tel.: (202) 434-5000
                                Fax:  (202) 434-5029

                              By  /s/ John G. Kester

                              Attorneys for Sprint Nextel Corp.,
                                Sprint Communications Co. L.P,
                                Sprint Spectrum L.P. and Nextel
                                West Corp.
```

February 7, 2007

DECLARATION PURSUANT TO GENERAL ORDER 45

    I declare that I have received authorization to file this document from each of the signatories listed above.

    I declare under penalty of perjury that the foregoing declaration is true and correct.

    Executed February 7, 2007, at Washington, D.C.

        /s/ *John G. Kester*

[~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.



_____
Vaughn R. Walker
United States District Chief Judge

Date: February 14, 2007

- 5 -
Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW